[No. 13571-3-III.    Division Three.    March 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL HENRY WEISS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-00257-8, Robert N. Hackett, Jr., J., entered September 2, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 32511-6-I.    Division One.    March 6, 1995.]

RICK SPENCE, *Respondent*, v. MACK TRUCKS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-18663-2, Steven G. Scott, J., entered March 4, 1993. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker, A.C.J., and Coleman, J.

[No. 32747-0-I.    Division One.    March 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN W. REED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03680-7, Jim Bates, J., entered April 21, 1993. *Affirmed* by unpublished per curiam opinion.